IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR 84 |
| JASON CRAIG MONTGOMERY | § § | Judge Crone |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

FILED MAY 10 2017
Clerk, U.S. District Court
Texas Eastern

**Count One**

Violation: 18 U.S.C. § 2422(b)
(Attempted Coercion and Enticement of a Minor)

Between on or about March 30, 2017, and on or about April 18, 2017, in the Eastern District of Texas, **Jason Craig Montgomery**, defendant, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce, and to knowingly attempt to persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense.

In violation of 18 U.S.C. § 2422(b).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

Upon conviction of the offense alleged in this Indictment, the defendant, **Jason Craig Montgomery**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. 2006 black Porsche Cayman S Coupe, VIN number WP0AB29896U784358, and bearing Texas license plate FKD4185.

2. HTC ONE PN07120 cellular phone, bearing MEID number 256691437400235633.

This property is forfeitable pursuant to 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A) based upon the property being:

(1) any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2422(b);

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2428(a)(1) and 2428(b)(1)(A), and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____        Date: 5/10/17
MARISA J. MILLER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR |
| | § | Judge |
| JASON CRAIG MONTGOMERY | § | |

## NOTICE OF PENALTY

### Count One

Violation:       18 U.S.C. § 2422(b)

Penalty:         Imprisonment for not less than ten years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00